UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-35303

**Case Name** | Valhalla Custom Homes, LLC v. City of Portland, et al

Hearing Location (*city*) | Portland, OR

Your Name | Denis M. Vannier

List the sitting dates for the three sitting months you were asked to review:

Portland sitting dates for June 2023 and the 2 subsequent sitting months in that location: specifically June 12–16, August 21–25, and October 16–20, 2023

Do you have an unresolvable conflict on any of the above dates?  ⦿ Yes   ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I will be unavailable for oral argument on June 12, 13, and 14, 2023, owing to a family vacation. I will be out of the office on those dates and do not have a colleague who can take my place at argument.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes   ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Denis M. Vannier     **Date** | 02/23/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                                   New 12/01/2018