# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-35303

**Case Name** | Valhalla Custom Homes, LLC v. The City of Portland, et al.

Hearing Location (*city*) | Portland

Your Name | Timothy R. Volpert

List the sitting dates for the three sitting months you were asked to review:

June 12-16, 2023; August 21-25, 2023; October 16-20, 2023

Do you have an unresolvable conflict on any of the above dates? ○ Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

August 21-25 - I have a one-week trial scheduled to begin on August 21.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Timothy R. Volpert    **Date** | February 27, 2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** New 12/01/2018